UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

KINCAID,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. et al.,

    Defendants.

---

2:23-CV-21554 WJM

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    A Report and Recommendation was filed on November 21, 2024, recommending that Plaintiff's claims be DISMISSED WITH PREJUDICE pursuant to FED. R. CIV. P. 41(b).

    The parties were notified that they had fourteen (14) days to submit objections pursuant to Local Rule 72.1 (c)(2); no objection or responses having been received by the Court and the Court having reviewed the Report and Recommendation, and for good cause shown;

    It is on this 9th day of December 2024

    **ORDERED** that the Report and Recommendation of Magistrate Judge James B. Clark, III is adopted as the Opinion of this Court; and it is further

    **ORDERED** Plaintiff's claims be DISMISSED WITH PREJUDICE pursuant to FED. R. CIV. P. 41(b); and it is further

    **ORDERED** that the Clerk of the Court shall serve a copy of this Order by regular mail on Plaintiff; and it is further

    **ORDERED** that the parties may file an objection within 14 days of the date of this Order pursuant to FED. R. CIV. P. 72(b)(2).

/s/ William J. Martini
WILLIAM J. MARTINI, U.S.D.J.